IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

VS.                              CRIMINAL ACTION NO. 2:17cr-18-KS-MTP-002

JOHN JARED OERTLING

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion to Terminate Probation [45] filed by Defendant, John Jared Oertling, response thereto [46] filed by the United States and Reply [49] filed by Movant. The Court has carefully considered the facts and circumstances of this case and finds that the Movant makes a persuasive case for shortening the term of Probation and also that the Government makes a persuasive case against the early termination of Probation. The Court took into consideration at the time of the sentencing all of the factors argued by the Movant and Respondent and fashioned what was believed to be a fair and appropriate sentence. The Movant at this time has not served one-half of the Probation ordered, and the Court finds that the Motion at this time should be OVERRULED without prejudice to be re-urged after at least one-half of the Probation has been served.

SO ORDERED this the __27th__ day of November, 2019.

                                                       ___s/Keith Starrett_____
                                                       UNITED STATES DISTRICT JUDGE